FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 15 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LYUBOV MANASHIROVA ET ANO,

    Plaintiffs,

vs.

FORSTER & GRBUS LLP

    Defendant.

Case No. 1:18-CV-4090-ENV-RER

NOTICE OF VOLUNTARY DISMISSAL

As this matter has been resolved, Plaintiff hereby files the within notice of dismissal with prejudice.

Respectfully submitted this 13th day of November, 2018.

ADAM J. FISHBEIN, P.C.

/s/ Adam J. Fishbein
Adam J. Fishbein (AF-9508)
Adam J. Fishbein, P.C.
735 Central Avenue
Woodmere, New York 11598
Phone: (516) 668-6945
Email: fishbeinadamj@gmail.com
Attorney for Plaintiff

SO ORDERED:

/s/ USDJ ERIC N. VITALIANO
U.S.D.J